UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OSTAS GARCIA, | No. 2:19-cv-2379 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. CURTIS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Before this court is plaintiff's motion to dismiss this action. See ECF No. 4. For the reasons stated below the court will refrain from ruling on the motion at this time.

On November 25, 2019, plaintiff filed the instant complaint. ECF No. 1. At that time, plaintiff did not file an application to proceed in forma pauperis or pay the filing fee. As a result, on December 3, 2019, the court ordered plaintiff either to pay the filing fee or to submit an in forma pauperis application within thirty days. See ECF No. 3.

On December 12, 2019, plaintiff filed the instant motion to dismiss. ECF No. 4. In support of the motion, plaintiff states that he would like to withdraw his complaint because he is

////

1

unable to pay the $350.00 filing fee.[1]  See ECF No. 4 at 1.

Before dismissing the case, the court would like to make certain that plaintiff understands how the granting of in forma pauperis status would affect him.  Should such an application be granted, plaintiff would be obligated to pay the statutory $350.00 filing fee.  However, plaintiff would not be required to pay the fee in full up front.  Instead, he would be required to pay the fee in installments.  He would be assessed an initial partial filing fee of 20 percent of the greater of: (a) the average monthly deposits to his trust account, or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff would then be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to his trust account.  The California Department of Corrections and Rehabilitation would be required to send to the Clerk of Court the initial partial filing fee, and thereafter, payments from plaintiff's prison trust account each time the amount in the account exceeded $10.00, until the statutory filing fee of $350.00 was paid in full.  28 U.S.C. § 1915(b)(2).

Hopefully, this explanation clarifies what plaintiff's obligations would be if he filed an application to proceed in forma pauperis and it was granted.  Plaintiff will be sent another application to proceed in forma pauperis.  If he would like to file it, he will need to do so within thirty days of the date of this order, and request to withdraw his motion to dismiss.  If the IFP application is not filed within thirty days, the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of Court shall send plaintiff another Application to Proceed In Forma Pauperis By A Prisoner;

////

////

---

[1] Plaintiff also states that he is unable to pay the $50.00 administrative fee.  See ECF No. 4 at 1.  However, as stated in the court's December 3, 2019 order, if plaintiff is granted in forma pauperis status, he will not be required to pay the $50.00 administrative fee.  See ECF No. 3 at 1 n.1.

2. Within thirty days of the date of this order, plaintiff may file the completed in forma pauperis application with the court together with a request to withdraw his motion to dismiss; and

3. If plaintiff does not file the completed in forma pauperis application in this court within thirty days, the court will grant plaintiff's pending motion to dismiss. See ECF No. 4.

DATED: December 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE