UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OSTAS GARCIA, | No. 2:19-cv-2379 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. CURTIS, et al., | |
| Defendants. | |

On December 12, 2019, plaintiff, a state prisoner proceeding pro se, filed a motion to withdraw this action due to the fact that he wished to first pay off restitution and other obligations owed. See ECF No. 4. Out of concern that plaintiff might not have clearly understood how a grant of in forma pauperis status would affect him and how the fee would be deducted from his trust account, the court issued an order explaining the process on December 19, 2019. ECF No. 6. The court then gave plaintiff the option of filing an in forma pauperis application within thirty days; plaintiff was informed that if he chose not to do so, the motion to withdraw his complaint would be granted. Id.

Thirty days have passed, and plaintiff has not filed an application to proceed in forma pauperis. Accordingly, pursuant to Fed. R. Civ. P. 41(a), plaintiff's request to voluntarily dismiss his complaint will be honored.

////

1

Plaintiff's motion to voluntarily dismiss this case, filed December 12, 2019 (ECF No. 4), is GRANTED. This action is DISMISSED. <u>See</u> Fed. R. Civ. P. 41(a).

IT IS SO ORDERED.

DATED: January 21, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE